IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RAPIDES PARISH SCHOOL BOARD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 1:25-CV-00070-DDD-JPM |

**[PROPOSED] ORDER**

Upon consideration of the motion filed on behalf of Defendants for an extension of time to respond to the Complaint in this action, as well as an extension of time for the parties to file a Plan of Work in this action, and good cause having been shown, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Defendants' time to file an answer or otherwise respond to the Complaint is extended up to and including June 3, 2025; and it is further

**ORDERED** that the parties' time to file a Plan of Work is extended until sixty days after the Court issues a decision on Defendants' motion to vacate Case Management Order No. 1, ECF No. 13.

**THUS DONE AND SIGNED** in Chambers in Alexandria, Louisiana, this __26th__ day of __March__, 2025

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE

1