# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

|  |  |
|---|---|
| RAPIDES PARISH SCHOOL BOARD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-CV-00070-DDD-JPM |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS: USDA AND DEFENDANT ROLLINS

The parties hereby stipulate to the dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of all claims (namely, Count IV of the Complaint, ECF No. 1) raised in this action against the following two Defendants and only these Defendants: United States Department of Agriculture and Brooke Rollins, in her official capacity as Secretary of the United States Department of Agriculture, with each side to bear its own fees and costs with respect to Plaintiff's claims against these two Defendants.

Plaintiff does not stipulate to dismissal of any of its claims against other Defendants, but contends that the Court should resolve those claims on Plaintiff's motion for summary judgment. With respect to Plaintiff's claims against other Defendants, Defendants reserve the right to urge the Court to stay, dismiss, or issue summary judgment against those other claims.

<div style="display: flex;">

<div>

Dated: July 2, 2025

*s/     Michael T. Johnson*
**Michael T. Johnson**
LA Bar No. 14401
**Johnson, Siebeneicher & Ingram**
2757 Highway 28 East
Pineville, Louisiana 71360
Telephone: (318) 484-3911
Facsimile: (318) 484-3585
mikejohnson@jslawfirm.com

*s/     Matthew S. Bowman*
**Matthew S. Bowman (Lead Attorney)**
WDLA Temp. Bar No. 913956
**Natalie D. Thompson**
WDLA Temp. Bar No. 918095
**Alliance Defending Freedom**
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
mbowman@ADFlegal.org
nthompson@ADFlegal.org
**Julie Marie Blake**
WDLA Temp. Bar No. 918094
**Alliance Defending Freedom**
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

*Counsel for Plaintiff Rapides Parish School Board*

</div>

<div>

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director
Federal Programs Branch

*/s/ Liam C. Holland*
LIAM C. HOLLAND
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-4964
Fax: (202) 616-8470
E-mail: Liam.C.Holland@usdoj.gov

*Counsel for Defendants*

</div>

</div>